The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.254.159.175,<br><br>Defendant. | Case No.: 3:17-cv-05956-TSZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-captioned action and all claims asserted therein *with prejudice*. Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 11th day of April, 2018

FOX ROTHSCHILD LLP

*s/ Bryan J. Case*
Bryan J. Case, WSBA #41781

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF JOHN DOE (3:17-cv-05956-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   s/ *Bryan J. Case*
       Bryan J. Case