1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

7
STRIKE 3 HOLDINGS, LLC,

Plaintiff,

8
C17-1729 TSZ

v.
C17-1730 TSZ

9
C17-1731 TSZ

JOHN DOE (24.18.38.215);
C17-1732 TSZ

10
JOHN DOE (71.231.142.237);
C17-1733 TSZ

JOHN DOE (73.225.38.130);
C17-5952 TSZ

11
JANE/JOHN DOE (76.22.118.13);
C17-5954 TSZ

JOHN DOE (50.54.142.188);
C17-5955 TSZ

12
JANE DOE (71.231.108.136);
C17-5956 TSZ

JOHN DOE (71.231.164.231);

13
JANE DOE (71.59.168.162);
MINUTE ORDER

JANE DOE (73.254.159.175),

14

Defendants.

15

16
        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

17
        (1)      Pursuant to the stipulation of the parties in Case No. C17-1731, docket

18
no. 33, the deadline for plaintiff to file a responsive pleading or motion in connection
with defendant's amended counterclaims, docket no. 32, is EXTENDED to May 31,

19
2018.

20
        (2)      Plaintiff's motion for entry of default in Case No. C17-1732, docket no. 16,
is DENIED.  In its sealed response to the Rule 45 subpoena served by plaintiff, Comcast

21
identified the subscribers as Jane/John Doe, and summons was issued consistently with
the information provided by Comcast.  Summons was served only on John Doe.  Given

22
the confusion about who is the appropriate defendant, the Court declines to enter default
at this time.

23

MINUTE ORDER - 1

1          (3)      In Case Nos. C17-1729, C17-1730, C17-1733, C17-5952, C17-5954,
C17-5955, and C17-5956, plaintiff has voluntarily dismissed its claims with prejudice,
2   without any explanation.  Plaintiff's counsel is DIRECTED to file an affidavit, signed
under penalty of perjury, on or before June 8, 2018, indicating the reasons for such
3   dismissals and, to the extent that settlement was the basis, showing cause why plaintiff
and/or its attorneys should not be sanctioned for failing to comply with the Court's
4   directive not to communicate directly with any defendant for any purpose until further
order of the Court.  Such affidavit shall also (i) explain why no response to the Rule 45
5   subpoena was submitted by Frontier Communications in C17-1733, (ii) explain why
summons was (a) not served in C17-5954, and (b) not requested in C17-5955 and C17-
6   5956, and (iii) disclose the amount of any settlements.  To the extent that settlement
amounts are set forth in the affidavit, the affidavit may be filed under seal by referencing
7   this Minute Order and without a separate motion to seal.

8          (4)      The Clerk is DIRECTED to send a copy of this Minute Order to all counsel
of record.

9          Dated this 29th day of May, 2018.

10

11                                                    William M. McCool
                                                     Clerk

12                                                    s/Karen Dews
                                                     Deputy Clerk

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2